UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

Marquis Collier, John Doe I, John Doe II, and John Doe III, individually and on behalf of all others similarly situated,

                        Petitioners,

        v.

RALPH SOZIO, United States Marshal, Southern District of New York; BRYAN T. MULLEE, Acting United States Marshal, Eastern District of New York; THE GEO GROUP, INC.; WILLIAM ZERILLO, Facility Administrator, Queens Detention Facility,

                        Respondents.

-------------------------------------------------------- X

20 Civ. 2183

**NOTICE OF VOLUNTARY DISMISSAL OF PETITIONER MARQUIS COLLIER PURSUANT TO RULE 41(a)(1)(A)(i)**

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Marquis Collier hereby withdraws as a class representative in this action, and voluntarily dismisses, without prejudice, his claims asserted against Respondents. This notice is without prejudice to the claims asserted by the other Petitioners in this action on behalf of themselves and the putative class.

Dated:   May 20, 2020

                                        Respectfully submitted,

                                        */s/ Ann-Elizabeth Ostrager*
                                        Ann-Elizabeth Ostrager
                                        Alana M. Longmoore
                                        Hannah Lonky Fackler
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004
                                        (212) 558-4000

                                        *Attorneys for Petitioners*