## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 20, 2020

Via ECF

The Honorable Brian M. Cogan,
　United States District Court for the
　　Eastern District of New York,
　　　225 Cadman Plaza,
　　　　Brooklyn, New York  11201.

　　　　　Re:　　*Collier, et al.* v. *Sozio, et al.*, No. 20 Civ. 2183 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

　　　　　On behalf of Petitioners, I write to respectfully request an amendment to the case caption.  On May 18, 2020, Marquis Collier was transferred by the United States Marshals Service from GEO Queens to a Bureau of Prisons facility.  Accordingly, on May 20, Mr. Collier voluntarily dismissed his claims in this case (ECF No. 23).  Since Mr. Collier has withdrawn from the case, we respectfully request that the case caption be amended as follows:

> John Doe I, John Doe II, and John Doe III, individually and on behalf of all others similarly situated,
>
> Petitioners,
>
> v.
>
> RALPH SOZIO, United States Marshal, Southern District of New York; BRYAN T. MULLEE, Acting United States Marshal, Eastern District of New York; THE GEO GROUP, INC.; WILLIAM ZERILLO, Facility Administrator, Queens Detention Facility,
>
> Respondents.

All Respondents consent to this request.

-2-

Respectfully,

*/s/ Ann-Elizabeth Ostrager*

Ann-Elizabeth Ostrager
Sullivan & Cromwell LLP

cc:     All parties of record (by ECF)